ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-431 (DSD/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT AND ORDER |
| V. | ) | |
| $40,000.00 IN U.S. CURRENCY, DEFENDANT. | ) | |

The United States hereby moves to extend the time for serving the Complaint for Forfeiture in the above-captioned civil forfeiture action until January 1, 2002, based on the following:

This civil forfeiture action, brought pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. § 981(a)(1) and/or 18 U.S.C. § 981(a)(1)(C), was filed on March 8, 2001, against $40,000.00 in U.S. currency seized from a safe deposit box held in the name of Anh Nguyen. Anh Nguyen and several co-conspirators were indicted in Criminal Action No. 01-73 (ADM/SRN) on June 12, 2001. The Superseding Indictment, which was recently unsealed, contains a Forfeiture Allegation made pursuant to 18 U.S.C. § 982(a)(1) and also identifies the $40,000.00 in U.S. currency against which the civil forfeiture action was filed as subject to forfeiture. Title 18, United States Code, Section 983(a)(3)(C), provides for parallel civil and criminal forfeiture proceedings.



FILED JUL 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Rule 4(m) of the Federal Rules of Civil Procedure provides that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

The government believes that the forfeiture of the $40,000.00 will in all likelihood be resolved in the criminal case but wishes to preserve its option to proceed civilly should the need arise. Thus, the government requests that the time for service of the Complaint in the above-captioned civil action be extended until January 1, 2002.

Respectfully submitted,

ROBERT M. SMALL
United States Attorney

for ~~BY~~: PAUL A. MURPHY
Chief, Criminal Division and
Assistant U.S. Attorney
Attorney I.D. No. 154325
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

Re: U.S. v. $40,000.00 in U.S. Currency
Civil No. 01-431 (DSD/SRN)
Motion to Extend Time to Serve Complaint/Order

ORDER

Based on the foregoing motion and on all the files and records herein,

IT IS HEREBY ORDERED that the time for serving the Complaint in the above-captioned civil forfeiture action is extended to January 1, 2002.

Dated: July 27, 2001

Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500