UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-431 (DSD/SRN)

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$40,000.00 IN U.S. CURRENCY,<br><br>DEFENDANT. | MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT AND ORDER |

The United States hereby moves to extend the time for serving the Complaint for Forfeiture in the above-captioned civil forfeiture action until May 1, 2002, based on the following:

This civil forfeiture action, brought pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. § 981(a)(1) and/or 18 U.S.C. § 981(a)(1)(C), was filed on March 8, 2001, against $40,000.00 in U.S. currency seized from a safe deposit box held in the name of Anh Nguyen. Anh Nguyen and several co-conspirators were indicted in Criminal Action No. 01-73 (ADM/SRN) on June 12, 2001. The Superseding Indictment contains a Forfeiture Allegation made pursuant to 18 U.S.C. § 982(a)(1) and also identifies the $40,000.00 in U.S. currency against which the civil forfeiture action was filed as subject to forfeiture. Title 18, United States Code, Section 983(a)(3)(C), provides for parallel civil and criminal forfeiture proceedings.



FILED DEC 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Rule 4(m) of the Federal Rules of Civil Procedure provides that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Trial in the related criminal case was originally set for September, 2001, but has now been scheduled for January 14, 2002. The government believes that the forfeiture of the $40,000.00 will in all likelihood be resolved in the criminal case but wishes to preserve its option to proceed civilly should the need arise. Thus, the government requests that the time for service of the Complaint in the above-captioned civil action be extended until May 1, 2002.

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

Paul A. Murphy

BY: PAUL A. MURPHY
Chief, Criminal Division and
Assistant U.S. Attorney
Attorney I.D. No. 154325
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

Re: U.S. v. $40,000.00 in U.S. Currency
Civil No. 01-431 (DSD/SRN)
Motion to Extend Time to Serve Complaint/Order

ORDER

Based on the foregoing motion and on all the files and records herein,

IT IS HEREBY ORDERED that the time for serving the Complaint in the above-captioned civil forfeiture action is extended to May 1, 2002.

Dated: Dec. 27, 2001

SUSAN R. NELSON
United States Magistrate Judge