UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$40,000.00 in U.S. Currency,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 01-431 DSD/SRN<br><br>Honorable Susan R. Nelson<br>United States Magistrate Judge |

**STIPULATION AND ORDER TO AMEND THE PRETRIAL SCHEDULING ORDER**

Michael McGlennen, counsel for Claimant, Anh Nguyen, was diagnosed with rectal cancer on July 27, 2002. Recovery from subsequent treatment and surgery in November 2002 has been necessarily slow and Mr. McGlennen is scheduled to return to his law office in mid-January 2003. In light of these facts, the parties to this action hereby stipulate that the deadlines in the Pretrial Scheduling Order shall be amended as follows:

a. The deadline for service of all motions which seek to amend the pleadings or add parties has been changed from September 1, 2002 to **January 31, 2003.**

b. All initial disclosures originally due to be competed on September 3, 2002 as well as all responses to Plaintiff's First Set of Interrogatories and Plaintiff's Request for Production of Documents originally due to be completed on November 4, 2002, shall be completed on or before **January 31, 2003.**

c. The deadline for disclosure of the identity of expert witnesses and full disclosure of expert testimony has been changed from January 2, 2003 to **April 2, 2003.**

FILED DEC 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

d. The deadline for completion of discovery has been changed from February 1, 2003 to **May 1, 2003.**

e. The deadline for service of all non-dispositive motions and supporting documents, including those which relate to discovery, has been changed from February 15, 2003 to **May 15, 2003.**

f. The deadline for service, filing and scheduling of all dispositive motions has been changed from April 1, 2003 to **July 1, 2003.**

g. The date on which this case shall be ready for trial has been changed from June 1, 2003 to **September 1, 2003.**

Dated: 12/19/02

Michael McGlennen
Attorney for Defendant
Attorney I.D.# 70439
425 South Third Street
Minneapolis, MN 55415
(612) 333-9999

Dated: 12/19/02

James S. Alexander
Assistant U.S. Attorney
Attorney for Plaintiff
Attorney I.D. # 166145
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

**IT IS SO ORDERED.**

Dated: December 20, 2002

Susan R. Nelson
United States Magistrate Judge