ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-431 (DSD/SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | |
| v. | STIPULATION AND ORDER TO AMEND THE PRE-TRIAL SCHEDULING ORDER |
| $40,000.00 IN U.S. CURRENCY, DEFENDANT. | |

Michael McGlennen, counsel for Claimant Anh Nguyen, was diagnosed with rectal cancer on July 27, 2002. Recovery from subsequent treatment and surgery in November, 2002, was necessarily slow. In light of that the Pretrial Scheduling Order originally entered in this case was modified by Stipulation and Order filed December 20, 2002, to allow additional time for Claimant Nguyen to provide his initial disclosures and to respond to the government's discovery. Discovery and motion deadlines were correspondingly extended. Subsequently, Claimant Nguyen's initial disclosures and some responses to the government's discovery were provided by Claimant Nguyen by the new January 31, 2003 deadline. However, no responses were provided to Plaintiff's Request For Production Documents, which was served on September 30, 2002, and Plaintiff contends that responses to several of the interrogatories were insufficient. Plaintiff has therefore scheduled a motion to compel discovery for 11:30 a.m. on May 9, 2003. Plaintiff's counsel



FILED APR 09 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

and counsel for the Claimant have discussed this matter, and have mutually agreed to an extension of the pretrial schedule so that a motion to compel discovery can be avoided. Moreover, Michael McGlennen is scheduled for additional surgery on April 8, 2003, but has advised Plaintiff's counsel that the remainder of Claimant Nguyen's responses to the government's discovery will be provided by May 1, 2003.

In light of these circumstances, the parties to this action hereby stipulate that the deadlines set forth in the Stipulation and Order to Amend the Pretrial Scheduling Order filed December 20, 2002, shall be amended as follows:

a. All remaining responses to the Plaintiff's First Set of Interrogatories and Plaintiff's Request for Production of Documents due to be completed by January 31, 2003, shall be completed on or before May 1, 2003.

b. The deadline for disclosure of the identity of expert witnesses and full disclosure of expert testimony is changed from April 2, 2003, to July 1, 2003.

c. The deadline for completion of discovery is changed from May 1, 2003, to August 1, 2003.

d. The deadline for service of all non-dispositive motions and supporting documents, including those which relate to discovery is changed from May 15, 2003, to August 15, 2003.

e. The deadline for service, filing and scheduling of all

dispositive motions has been changed from July 1, 2003, to October 1, 2003.

f. The date on which this case shall be ready for trial has been changed from September 1, 2003, to December 1, 2003.

Dated: 4/4/03

BY: MICHAEL MCGLENNEN, ESQ.
Attorney I.D. #70439
425 South Third Street
Minneapolis, MN 55415
(612)333-9999
Attorney for Claimant Anh Nguyen

Dated: 4/8/03

THOMAS B. HEFFELFINGER
United States Attorney

BY: JAMES S. ALEXANDER
Assistant U.S. Attorney
Attorney I.D. #166145
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612)664-5698

**IT IS SO ORDERED.**

Dated: 4/9/03

SUSAN R. NELSON
United States Magistrate Judge