**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**United States of America**

**Plaintiffs,**

**v.**

**$40,000.00 in United States Currency,**

**Defendant.**

**Civil No. 01-431 (DSD/SRN)**

**ORDER**

---

James S. Alexander, Esq., on behalf of Plaintiff

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on Plaintiff's Motion for an Order Compelling Claimant Anh Nguyen to Respond to Plaintiff's Discovery and for an Extension of the Pretrial Schedule (Doc. No. 17). This matter has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

Counsel for claimant Anh Nguyen was unable to appear due to serious health complications. Counsel for Plaintiff, however, indicated that claimant does not oppose this motion.

Based upon the all the files, records, memorandum, and proceedings herein,

**IT IS HEREBY ORDERED that:**

1. Claimant Anh Nguyen shall serve complete responses to Plaintiff's Interrogatories



JUL 0 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

and Request for Production of Documents no later than August 18, 2003; and

2. The Pretrial Scheduling Order filed April 9, 2003, shall be amended as follows:

   a. The deadline for disclosure of the identity of expert witnesses and full disclosure of expert testimony is changed from July 1, 2003 to October 1, 2003.

   b. The deadline for completion of discovery is changed from August 1, 2003 to November 1, 2003.

   c. The deadline for service of all non-dispositive motions and supporting documents, including those which relate to discovery, is changed from August 15, 2003, to November 15, 2003.

   d. The deadline for service, filing and scheduling of all dispositive motions is changed from October 1, 2003, to January 1, 2004.

   e. The date on which this case shall be ready for trial is changed from December 1, 2003, to March 1, 2004.

Dated: ~~June~~ July 01, 2003

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge