ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-431 (DSD/SRN)

UNITED STATES OF AMERICA,
PLAINTIFF,

V.

$40,000.00 IN U.S. CURRENCY,
DEFENDANT.

ENTRY OF DEFAULT

It appearing that all unknown persons and entities having an interest in the defendant currency are in default for failure to file a verified statement of interest in or right against the defendant currency and an answer to the Complaint for Forfeiture in this action as provided for by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and 18 U.S.C. § 983(a)(4)(A);

Now, therefore, on application of the plaintiff, acting through its attorneys of record,

DEFAULT IS HEREBY ENTERED against all unknown persons and entities having an interest in the defendant currency this 1st day of March, 2004.

RICHARD D. SLETTEN
CLERK, UNITED STATES DISTRICT COURT

Heather Lalor