UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-431 (DSD/SRN)

UNITED STATES OF AMERICA,
PLAINTIFF,

V.

$40,000.00 IN U.S. CURRENCY,
DEFENDANT.

DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

Based on the motion of the United States, Plaintiff, for an order granting default judgment against all unknown persons having an interest in the defendant currency and for a final order of forfeiture forfeiting $15,000.00 of the defendant currency to the United States; on all the files and records in this action; and on Court’s finding as follows that:

1. a verified Complaint for Forfeiture with supporting affidavit was filed on March 7, 2001, alleging that the defendant currency was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. 981(a)(1)(A) and (a)(1)(C);

2. a Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on April 24, 2002, directing the United States Marshal to arrest the defendant currency; to serve known persons and entities having an interest in the defendant currency with a copy of the Summons, Complaint for Forfeiture, and Warrant of Arrest and Notice *In Rem*; and to give due notice to all known interested parties and entities to serve on the United States Attorney and file with the Clerk

of Court, a verified statement of interest in or right against the defendant currency within 30 days from the date of service and an answer to the Complaint for Forfeiture within 20 days from the filing date of the verified statement;

3. the United States Marshal arrested the defendant currency and served a copy of the Summons, Complaint for Forfeiture, and Warrant of Arrest and Notice *In Rem* on Anh T. Nguyen, through his attorney, Michael McGlennen, on April 25, 2002;

4. a notice of the seizure and arrest of the defendant currency was published by the United States Attorney's Office in the *Finance and Commerce*, Minneapolis, Minnesota, a newspaper of general circulation in the District of Minnesota, on April 27, May 4 and May 11, 2002, giving notice to all unknown interested persons and entities of the verified statement and answer requirements;

5. the only verified statement of interest in or right against the defendant currency and answer to the Complaint for Forfeiture filed with the Clerk of Court and served on the United States Attorney was filed and served by Anh T. Nguyen, and the time for filing a verified statement and answer has expired; and

6. the United States and Claimant Anh T. Nguyen have now settled his claim to the defendant currency, whereby Claimant

Nguyen has agreed to the forfeiture of $15,000.00 of the defendant currency to the United States and the United States has agreed to return $25,000.00 of the defendant currency to Claimant Nguyen;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against all unknown persons and entities having an interest in the defendant currency; and

2. all the right, title and interest of Anh T. Nguyen and the defaulted persons and entities in $15,000.00 of the defendant currency is forfeited to the United States, and no right, title or interest in $15,000.00 of the defendant currency shall exist in any other person or entity; and

3. $15,000.00 of the defendant currency is forfeited to the United States and shall be disposed of by the United States in accordance with the law; and

4. all other terms of the Stipulation for Settlement of Claim between the United States and Claimant Anh T. Nguyen shall be effected.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 5, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court