AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America

V.

$40,000.00 in U.S. Currency

## JUDGMENT IN A CIVIL CASE

Case Number: 01-431 DSD/SRN

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. default judgment is entered against all unknown persons and entities having an interest in the defendant currency; and 2. all the right, title and interest of Anh T. Nguyen and the defaulted persons and entities in $15,000.00 of the defendant currency is forfeited to the United States, and no right, title or interest in $15,000.00 of the defendant currency shall exist in any other person or entity; and 3. $15,000.00 of the defendant currency is forfeited to the United States and shall be disposed of by the United States in accordance with the law; and 4. all other terms of the Stipulation for Settlement of Claim between the United States and Claimant Anh T. Nguyen shall be effected.

March 5, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Heather Labat
(By) Heather Labat, Deputy Clerk